1  MORGAN, LEWIS & BOCKIUS LLP
   John S. Battenfeld, Bar No. 119513
2  john.battenfeld@morganlewis.com
   Max Fischer, Bar No. 226003
3  max.fischer@morganlewis.com
   Brian D. Fahy, Bar No. 266750
4  brian.fahy@morganlewis.com
   300 South Grand Avenue
5  Twenty-Second Floor
   Los Angeles, CA 90071-3132
6  Tel:    +1.213.612.2500
   Fax:   +1.213.612.2501
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Amy A. McGeever, Bar No. 296758
   amy.mcgeever@morganlewis.com
9  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
10 Tel:    +1.415.442.1000
   Fax:   +1.415.442.1001
11
12 Attorneys for Defendant
   AMAZON.COM, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

17
   LOUIE RONQUILLO, individually and          Case No. 2:19-cv-00207-AB-FFM
18 on behalf of all others similarly situated,
                                               **STIPULATION TO TRANSFER
19                  Plaintiffs,                MATTER PURSUANT TO
                                               FIRST-TO-FILE RULE**
20           vs.

21 AMAZON.COM, INC., a corporation;            Action Filed:  November 15, 2018
   and DOES 1 through 100, inclusive,          Trial Date:    None Set
22
                    Defendants.
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION**

Pursuant to Central District Local Rule 7-1, Plaintiff Louis Ronquillo ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Amazon") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 15, 2018, Plaintiff filed a putative class action complaint against Amazon.com, Inc. in Los Angeles County Superior Court, alleging various violations of the California Labor Code on behalf of all California-based Amazon Flex Delivery Partners, based on the theory that Delivery Partners were misclassified as independent contractors. *See* Dkt. # 1-1 ("Compl.") ¶¶ 2-4;

WHEREAS, on January 9, 2019, Defendants timely removed this action to this Court (*see* Dkt. #1);

WHEREAS, Plaintiff Ronquillo filed a First Amended Complaint on February 21, 2019, wherein he added Amazon Logistics, Inc. as a defendant and included an additional cause of action for alleged violation of the Private Attorney General's Act ("PAGA"). *See* Dkt. # 17 ("Am. Compl.");

WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred to discuss any motions Defendants considered filing in response to the First Amended Complaint, including a contemplated Motion to Transfer, Stay, or Dismiss and a Motion to Compel Arbitration;

WHEREAS, the Parties further discussed the first-filed *Rittmann* matter, and the consolidated *Mack/Lawson* PAGA action currently pending in the Western District of Washington, wherein the named plaintiffs have alleged the same theory of liability, i.e., that Amazon misclassified its California-based Delivery Partners as independent contractors, resulting in various violations of the California Labor Code. On the basis of that theory, Plaintiffs in the consolidated *Rittmann/Mack/Lawson* action seek recovery on behalf of all California-based Delivery Partners and additionally seek recovery of penalties under PAGA. *See*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO TRANSFER

*Rittmann, et al. v. Amazon.com, Inc. and Amazon Logistics, Inc.*, No. 16-01554, filed October 4, 2016 (W.D. Wash.), Dkt. No. 1 ("*Rittmann* Comp.") ¶¶ 2-5; *Mack v. Amazon.com, Inc. and Amazon Logistics, Inc.*, No. 2:17-cv-02515-AB, filed August 16, 2017, (C.D. Cal), Dkt. # 1 ("*Mack* Compl."), Dkt. # 19 ("*Mack* Am. Compl."), Dkt. # 25 ("*Mack* Transfer Order[1]").  Specifically, the California class, PAGA, and FLSA collective action claims in the consolidated *Rittmann* action for minimum wage, overtime, business expenses, and penalties seek to cover all California Delivery Partners, including Plaintiff in this action;

WHEREAS, the Parties agree that this matter and *Rittmann* possess sufficient similarity of the parties and issues to warrant application of the first-to-file rule given that: (1) Plaintiff *Ronquillo* is a member of the proposed putative class and alleged aggrieved employees in *Rittmann*, (2) the Defendants are the same, and (3) the issues to be tried overlap significantly, including the core theory of liability advanced in both cases that Amazon Flex Delivery Partners are misclassified as independent contractors;

WHEREAS, rather than engage in motion practice, the Parties have agreed to stipulate to have this action transferred to the Western District of Washington based on the first-to-file rule where Defendants will seek to have the matter consolidated with *Rittmann/Mack,* which consolidation Plaintiff will not oppose.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. This matter shall be transferred to the Western District of Washington.

2. All deadlines shall be vacated with any new deadlines to be set by the District Court for the Western District of Washington.

IT IS SO STIPULATED.

---

[1] On September 09, 2017, this Court ordered the *Mack* case transferred to the Western District of Washington where the first-filed *Rittmann* matter was pending, finding that the similarity requirements were satisfied when the named Plaintiff was a member of the *Rittmann* class, the classes include an overlap of the same individuals, and where the Defendants are identical.

1

2

3 Dated:    March 14, 2019              MORGAN, LEWIS & BOCKIUS LLP

4

5                                      By  */s/Amy A. McGeever*
                                         John S. Battenfeld
6                                        Max Fischer
                                         Brian D. Fahy
7                                        Amy A. McGeever

8                                      Attorneys for Defendant
                                       AMAZON.COM, INC.

9 Dated:    March 14, 2019              RASTEGAR LAW GROUP, APC

10

11                                     By  */s/Douglas W. Perlman*
                                         Farzad Rastegar
12                                       Douglas W. Perlman

13                                     Attorneys for Plaintiff
                                       LOUIE RONQUILLO
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4                    STIPULATION TO TRANSFER