JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE RONQUILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00207-AB-FFM<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO TRANSFER MATTER PURSUANT TO FIRST-TO-FILE RULE**<br><br>Action Filed: November 15, 2018<br>Trial Date:   None Set |

Based on the Parties' Joint Stipulation to Transfer the Matter Pursuant to the First-to-File Rule, and good cause having been shown, the Court orders the following:

//

//

//

//

//

//

//

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

ORDER

1. This matter shall be transferred to the Western District of Washington.
2. All deadlines shall be vacated with any new deadlines to be set by the District Court for the Western District of Washington.

Dated: March 18, 2019

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE