UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUIS RONQUILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS,<br><br>        Defendants. | CASE NO. C19-0398-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to consolidate this case with *Rittman v. Amazon.com Inc., et al.*, Case No. C16-1554-JCC (W.D. Wash. 2016). Finding good cause, the Court ENTERS the parties' stipulation.

Pursuant to Local Civil Rule 42(b) and the parties' stipulation, the Court hereby consolidates *Ronquillo v. Amazon.com Inc., et al.*, Case No. C19-0398-JCC (W.D. Wash.) with *Rittmann v. Amazon.com, Inc., et al*, Case No. C16-1554-JCC (W.D. Wash). The Clerk is DIRECTED to consolidate case number Case No. C19-0398-JCC into case number C16-1554-JCC. All future pleadings shall bear the case number C16-1554-JCC.

1       DATED this 10th day of June 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk